IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, Plaintiff, <br><br> v. <br><br> COPART, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 07-CV-00077-TCK-FHM |

**CHARLES L. DALTON'S MOTION TO INTERVENE**

Charles L. Dalton ("Intervenor"), original Complainant in the case the final judicial decision of which the instant action seeks enforcement, hereby requests of the Court that he be permitted to intervene as an interested party pursuant to FRCvP 24 (a), in support of which he states:

1. His request has as its purpose to ensure the protection of his legal interests.

2. Counsel for the Secretary of Labor for the United States Department of Labor, the above denominated Plaintiff ("Plaintiff" or "DOL"), has the Department of Labor alone as a client, and the legal interests which counsel for Plaintiff seeks to protect are strictly—or at least formally--those only of the DOL.

3. An action filed in this Court, DOL v. Copart, 4:01-CV-00111, TCK-FHM, for the enforcement of an earlier order granting Intervenor relief in the underlying case was abandoned by the DOL when the DOL changed its legal position in that case.

4. Intervenor therefore does not believe his legal interests in the instant action to be adequately represented and protected, although those interests are the subject of the underlying case for which the DOL seeks enforcement.

5. Intervenor has contacted opposing counsel and counsel for the DOL, and while the former objects to his intervention, the latter does not.

**Wherefore**, Intervenor prays that the Court permit him to act as an Intervenor in the instant action.

Respectfully submitted,

**s/ Robt. S. Coffey**
Robt. S. Coffey   #17001
Robt. S. Coffey, Inc.
406 South Boulder Avenue
Suite 400
Tulsa, OK  74103
(918)   582-1249 *telephone*
(918)   582-6106 *facsimile*
robts_coffey@yahoo.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing document was placed in the U.S. Mail, postage pre-paid, or transmitted electronically by means of the court's electronic case filing system on July 2, 2007, to Steven A. Broussard, 320 South Boston Avenue, Suite 400, Tulsa OK, 74103-3708, and to Mary Kathryn Cobb, Office of the Solicitor, United States Department of Labor, 525 South Griffin Street, Suite 501, Dallas, Texas  75202.

/s/ Robt. S. Coffey